UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GARY CASTERLOW-BEY,<br><br>             Plaintiff,<br><br>   v.<br><br>J. KEISLER, et al.,<br><br>            Defendants. | CASE NO. C17-5561 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's motion for Temporary Restraining Order **DENIED**, as it seeks relief on a matter which is outside the issues in this action.

Dated this 19th day of October, 2017.

                                                       BENJAMIN H. SETTLE
                                                     United States District Judge